JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODDRICK J. BLACKBURN, | ) | No. EDCV 22-517-VAP (AGR) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DAVID SAMUELS, Warden, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus is dismissed for lack of jurisdiction. The dismissal is without prejudice to Petitioner filing a new civil rights action.

DATED: May 5, 2022

VIRGINIA A. PHILLIPS
United States District Judge